PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JEFFREY S. GRADY,<br><br>          Debtor.<br><br>KEY AIR CONDITIONING CONTRACTORS, INC.,<br>(and its Successors and Assignees)<br><br>          Garnishee. | Case No. 2:21-MC-00241-TLN-AC<br><br>**STIPULATION TO ADJUST WAGE GARNISHMENT WITHHOLDING AMOUNT; AND ORDER THEREON**<br><br>Criminal Case No. 2:15-CR-00204-TLN<br><br>[No Hearing Requested] |

United States of America and Jeffrey S. Grady ("Parties"), hereby agree and stipulate to reduce the current wage garnishment from 25% of Mr. Grady's non-exempt disposable earnings to 18% of his non-exempt disposable earnings, as follows:

1.     On January 11, 2022, a final order was entered on the United States' application for a writ of garnishment for 25% of Mr. Grady's non-exempt disposable earnings paid by Garnishee Key Air Conditioning Contractors, Inc.  Dkt. 16.

2. Mr. Grady contacted the United States and requested that the amount being garnished be lowered.

3. After reviewing Mr. Grady's most recent wage statements, and in consideration of Mr. Grady's relatively low debt balance, the United States believes a rate of 18% adequately balances the goals of offender rehabilitation and the full and timely payment of restitution to victims.

4. The parties thus agree that Garnishee Key Air Conditioning Contractors, Inc., should be directed to immediately reduce the amount being withheld pursuant to this garnishment to 18% of Mr. Grady's non-exempt disposable earnings.

Respectfully submitted,

Dated: March 1, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

Dated: March 1, 2022

/s/ Jeffrey S. Grady
JEFFREY S. GRADY
Debtor

**ORDER**

The Court, having reviewed the court files the Parties' stipulation, and good cause appearing therefrom, hereby APPROVES the Stipulation.

Accordingly, IT IS ORDERED that:

1. The Stipulation is approved; and

2. Garnishee Key Air Conditioning Contractors, Inc., is directed to immediately reduce the wage garnishment from 25% of Mr. Grady's non-exempt disposable earnings to 18% of Mr. Grady's non-exempt disposable earnings.

IT IS SO ORDERED.

Dated: March 2, 2022

Troy L. Nunley
United States District Judge