IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY S. GRADY,<br><br>        Defendant and Debtor.<br><hr>KEY AIR CONDITIONING CONTRACTORS, INC.,<br>(and its Successors and Assignees)<br><br>        Garnishee. | Case No. 2:21-MC-00241-TLN-AC<br><br>**ORDER TERMINATING<br>WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 2:15-CR-00204-TLN |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Continuing Garnishment previously issued against Debtor, Jeffrey S. Grady, on October 1, 2021, is hereby TERMINATED; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

///

///

IT IS SO ORDERED.

Dated: September 7, 2022

Troy L. Nunley
United States District Judge